IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY D. LINDSEY, # 154569, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:04-cv-342-WKW |
| | ) | (WO) |
| STEPHEN BULLARD, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On April 14, 2006, the Magistrate Judge filed a Recommendation (Doc. # 28) that the petition for habeas corpus relief is due to be denied. Petitioner requested and received an extension to file objections, but he ultimately failed to do so.

After an independent and de novo review of the record, it ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 28) is ADOPTED;

2. The Petition for Writ of Habeas Corpus (Doc. # 1) is DENIED;

3. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 16th day of June, 2006.

              /s/   W. Keith Watkins
    UNITED STATES DISTRICT JUDGE